```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    22cr105 (DLC)
                                         :
            -v-                          :       ORDER
                                         :
JAMES VELISSARIS,                        :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received the defendant's letter of February 8, 2023, it is hereby

ORDERED the sentencing in this matter is adjourned to **March 17, 2023, at 2:00 PM** in Courtroom 18B, 500 Pearl Street;

IT IS FURTHER ORDERED that the defendant's submissions regarding sentence shall be filed no later than **March 3**, and the Government's submissions shall be filed by **March 10**.

SO ORDERED:

Dated:   New York, New York
         February 8, 2023

                                   _____
                                          DENISE COTE
                                   United States District Judge